**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 428 MAL 2019

         Respondent                    :

                                        :   Petition for Allowance of Appeal
                                        :   from the Order of the Superior Court

         v.                           :

                                        :

KYLE LEE WILSON,                  :

                                        :

         Petitioner                     :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 2nd day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.